IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JIMMIE HOOD,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 13-0271-CG-M |
| | ) |
| **LIBERTY INSURANCE** | ) |
| **CORPORATION,** | ) |
| | ) |
| DEFENDANT. | ) |

**ORDER**

After due and proper consideration of all issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that Defendant's Motion to Dismiss (Doc. 4) be **GRANTED** and that claims two, three, four, and five be **DISMISSED** from this action.

The parties are **ORDERED** to meet and file a report pursuant to Fed.R.Civ.P. 26(f) **not later than August 12, 2013**.

**DONE and ORDERED** this 29th day of July, 2013.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE